**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Rosa Ceja
                              Plaintiff,

v.                                                 Case No.: 1:15−cv−10546
                                                          Honorable Manish S. Shah

Personnel Staffing Group, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 25, 2016:

      MINUTE entry before the Honorable Manish S. Shah: The parties report they have reached a settlement agreement. At their request, all deadlines are stayed. Status hearing is advanced to 11/18/16 at 9:30 a.m., by which time the parties anticipate having a stipulation of dismissal on file. If the stipulation is filed in advance of that date, then no appearance is necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.