**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSA CEJA, | |
| Plaintiff, | Case No. 15-cv-10546 |
| v. | Judge Shah |
| PERSONNEL STAFFING GROUP, LLC d/b/a MVP | Magistrate Judge Schenkier |
| Defendant. | |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED TO pursuant to Fed. R. Civ. P. 41(a)(1)(ii) by the respective parties herein that all matters in controversy have been compromised and settled to the satisfaction of all parties, subject to the terms of the Confidential Settlement Agreement entered into by the parties, and with all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned; and that further, this cause of action shall be immediately dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| **FOR PLAINTIFF,** <br> **ROSA CEJA** | **FOR DEFENDANT,** <br> **PERSONNEL STAFFING GROUP, LLC** <br> **d/b/a MVP** |
| */s/Christopher J. Williams* <br> Christopher J. Williams <br> Workers' Law Office, P.C. <br> 53 W. Jackson Blvd., Suite 701 <br> Chicago, IL 60604 <br> Phone: (312) 795-9121 | */s/Britney Zilz* <br> Britney Zilz <br> KOREY RICHARDSON LLC <br> 20 S. Clark St., Suite 500 <br> Chicago, IL 60603 <br> Phone: (312) 372-7075 |

Dated: November 17, 2016

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the attached document, **JOINT STIPULATION TO DISMISS,** was sent to the parties listed below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on November 17, 2016.

Britney Zilz (bzilz@koreyrichardsonlaw.com)
Alison Field (afield@koreyrichardsonlaw.com)
Elliot Richardson (erichardson@koreyrichardsonlaw.com)
KOREY RICHARDSON LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603

A courtesy copy was delivered to the Chambers of Judge Shah within twenty-four (24) hours of e-filing.

*/s/Christopher J. Williams*
Christopher J. Williams
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL 60604
312-795-9121