# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Rosa Ceja

                          Plaintiff,

v.

                                             Case No.: 1:15–cv–10546
                                             Honorable Manish S. Shah

Personnel Staffing Group, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2016:

        MINUTE entry before the Honorable Manish S. Shah: Pursuant to the Joint Stipulation to Dismiss [49], this case is dismissed with prejudice. No appearance on 11/18/16 is necessary. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.